UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SCOTT A. GOODEN ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 3:19-cv-00709 |
| ) | |
| SHERIFF'S DEPARTMENT ) | |
| RUTHERFORD COUNTY, ) | |
| TENNESSEE, *et al.* ) | |
| ) | |
| Defendants. ) | |

## ORDER

The Magistrate Judge has entered a Report and Recommendation ("R&R"), (Doc. No. 8), recommending that this action be dismissed without prejudice. No objections have been filed to the R&R.

Having reviewed the matter *de novo* in accordance with Fed. R. Civ. P. 72, the Court agrees with the recommended disposition because Plaintiff has failed to effectuate service as required Fed. R. Civ. P. 4(m), and failed to prosecute this action in accordance with Fed. R. Civ. P. 41(b). Accordingly, the R&R (Doc. No. 8) is **ACCEPTED,** and **APPROVED** and this action is **DISMISSED WITHOUT PREJUDICE.**

The Clerk of the Court shall enter a final judgment and close this case.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE